UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JEFFREY WILLIS,

    Petitioner,	Case No. 1:21-cv-673

v.	Honorable Ray Kent

GARY MINIARD,

    Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to amend the petition, taken from his motion to stay (ECF No. 3), is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's motion to stay (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 24, 2021	/s/ Ray Kent
                                                                           Ray Kent
                                                                           United States Magistrate Judge