UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JEFFREY WILLIS,

        Petitioner,               Case No. 1:21-cv-673

v.                                     Honorable Ray Kent

GARY MINIARD,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: August 24, 2021                    /s/ Ray Kent
                                                  Ray Kent
                                                  United States Magistrate Judge